**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kristi Wood,                                                                Court File No.:  04-CV-4713 MJD/JJG

                Plaintiff,

v.                                                                            **ORDER**

Equifax Information Services LLC,

                Defendant.

---

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                              BY THE COURT

Dated:__January 31, 2006_               __s/Michael J. Davis_____
                                                      The Honorable Michael J. Davis
                                                      Judge of United States District Court